DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN D. WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1441

_____

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

Affirmed.  *See Cruller v. State*, 808 So. 2d 201 (Fla. 2002); *McDonald v. State*, 133 So. 3d 530 (Fla. 2d DCA 2013); *Hughes v. State*, 22 So. 3d 132 (Fla. 2d DCA 2009); *Coughlin v. State*, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); *Shortridge v. State*, 884 So.

2d 321 (Fla. 2d DCA 2004); *Brown v. State*, 827 So. 2d 1054 (Fla. 2d DCA 2002).

BLACK, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.